# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNKO, LLC, a Washington LLC,<br><br>Plaintiff,<br><br>v.<br><br>WISH HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No.: 18cv1293-LAB (BGS)<br><br>**ORDER ON NOTICE OF DISMISSAL** |

Plaintiff Funko sued Wish Holdings, LLC and Tastemakers, LLC for trademark infringement and other related claims. Funko now files a notice of voluntary dismissal as to Wish Holdings. Because Wish Holdings has not filed an answer or motion for summary judgment, unilateral dismissal is permitted. FRCP 41(a)(1)(A)(i). Plaintiff's voluntary dismissal is **GRANTED** and its claims against Wish Holdings are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

Dated: September 17, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge