# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNKO, LLC, a Washington LLC,<br><br>Plaintiff,<br><br>v.<br><br>WISH HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No.: 18cv1293-LAB (BGS)<br><br>**ORDER DENYING MOTION TO EXTEND TIME TO ANSWER [Dkt. 9]** |

Plaintiff Funko, LLC and Defendant Tastemakers, LLC have jointly moved to extend the time for Tastemakers to answer Funko's complaint. This Court's local rules state an extension is only to be granted "on a showing of good cause." LR 12.1. The parties argue "[g]ood cause exists . . . because the Parties have agreed to this minor extension and that no prejudice will result thereby . . . ." Dkt. 9. That's not good cause, so the parties' motion is **DENIED**. The Court grants an extension until **November 14, 2018** to either file a response or show good cause.

**IT IS SO ORDERED**.

Dated: November 7, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge