# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNKO, LLC, a Washington LLC,<br><br>Plaintiff,<br><br>v.<br><br>TASTEMAKERS, LLC, et al.,<br><br>Defendants. | Case No.: 18cv1293-LAB (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 17]** |

Plaintiff Funko, LLC and Defendant Tastemakers, LLC jointly move to dismiss this entire action with prejudice. Dkt. 17. That motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 11, 2019

_____
**Hon. Larry Alan Burns**
United States District Judge